# Order

**Supreme Court**
**Lansing, Michigan**

September 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128825
& (45)

HETTA MOORE,
      Plaintiff-Appellant,

v

CLARKE A. MOORE, deceased, by the
Estate of Clarke A. Moore,
      Defendant-Appellee.

SC: 128825
COA: 251822
Macomb CC: 98-3538-DO

_____/

      On order of the Court, the application for leave to appeal the April 28, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Sweebe v Estate of Orville Sweebe* (Docket No. 126913) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion for stay of proceedings is GRANTED. MCR 7.215(F)(1)(a).

      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2005

_____
Clerk

*l*0926